**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **DU NGUYEN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 2:11-cv-00189-NT** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 21, 2012 his Recommended Decision (Docket No. 16).   The Plaintiffs filed his Objection to the Recommended Decision (Docket No. 19) on April 16, 2012.   Defendant filed his Response to the Plaintiff's Objection to the Recommended Decision (Docket No. 20) on April 25, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.   It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

1

2.  It is further <u>ORDERED</u> that the Commissioner's decision is hereby <u>AFFIRMED</u>.

SO ORDERED.

<u>/s/ Nancy Torresen</u>
NANCY TORRESEN
UNITED STATES DISTRICT JUDGE

Dated this 8th day of June, 2012